1  Mario L. Beltramo, Jr., # 053146-0                (SPACE BELOW FOR FILING STAMP ONLY)
   Daniel L. Wainwright, # 193486
2  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
5  Facsimile:     (559) 433-2300

6  Attorneys for Defendant, MADERA COMMUNITY
   HOSPITAL (erroneously sued as MADERA
7  HOSPITAL)

8
                    UNITED STATES DISTRICT COURT
9
          EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
10

11  KELLI THOMAS,                          | Case No.  1:06-cv-00215-AWI-SMS

12           Plaintiff,                     | STIPULATION REGARDING DEFENDANTS'
                                            | RESPONSE TO PLAINTIFF'S COMPLAINT;
13  RODERICK HICKMAN, JEANNE                | ORDER GRANTING STIPULATION
    WOODFORD; RICHARD RIMMER;
14  ROSANNE CAMPBELL; PETER                 | Complaint Filed:  February 24, 2006
    SZEKRENYI; DEBRA JACQUEZ;               | Trial Date:          Unassigned
15  GWENDOLYN MITCHELL; SAMPATH
    SURYADEVARA, M.D.; SHELLY
16  KRUSE, M.D.; ERNEST REEVES, M.D.;
    LORAINE GOODWIN, M.D.; CHARLES
17  UGWU-OJU, M.D.; MADERA
    COMMUNITY HOSPITAL, a California
18  Corporation,

19           Defendants.

20

21

22                   **STIPULATION OF THE PARTIES**

23      IT IS HEREBY STIPULATED AND AGREED between plaintiff, KELLI THOMAS, and

24  defendants, RODERICK HICKMAN, JEANNE WOODFORD, RICHARD RIMMER,

25  ROSANNE CAMPBELL, PETER SZEKRENYI, DEBORAH JACQUEZ (erroneously sued

26  herein as "DEBRA JACQUEZ"), GWENDOLYN MITCHELL, SAMPATH SURYADEVARA,

27  M.D., SHELLY KRUSE, M.D., ERNEST REEVES, M.D., LORAINE GOODWIN, M.D.;

28

STIPULATION REGARDING DEFENDANTS' RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER GRANTING STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

1  defendant, CHARLES UGWU-OJU, M.D.; and defendant, MADERA COMMUNITY

2  HOSPITAL, by and through their respective counsel, as follows:

3      1.    The parties hereby agree and stipulate that it is expected and likely that each of the

4  named defendants in this case will bring separate Motions to Dismiss/Strike some and/or all of

5  the causes of action currently asserted in plaintiff's February 24, 2006 Complaint, or other

6  appropriate Motions.

7      2.    The parties wish to set forth a briefing schedule to provide sufficient time for each

8  defendant to address the issues raised in plaintiff's Complaint and prepare an appropriate

9  response to the Complaint and for plaintiff to have sufficient time to respond to defendants'

10  Motions.

11      3.    To accomplish this, it is hereby stipulated and agreed between plaintiff and

12  defendants, through their respective counsel, as follows:

13      a.    Defendants shall have through **May 5, 2006** to file/serve an Answer,

14  Motion to Dismiss or otherwise respond to plaintiff's Complaint.

15      b.    Plaintiffs shall have through **June 2, 2006** to file/serve any Opposition to

16  any Motions attacking the Complaint.

17      c.    Plaintiff shall be permitted to file <u>one</u> Opposition to all Motions filed by

18  defendants.

19      d.    Defendants would each have until **June 9, 2006** to file/serve any Reply to

20  plaintiff's Opposition.

21      e.    The hearing on any Motion to Dismiss or other Motion attacking the

22  pleadings would take place on **June 16, 2006** at 10:00 a.m. before Judge Anthony W. Ishii.

23      4.    This Stipulation contains the entire agreement among the parties. The undersigned

24  hereby consents to the terms set forth in the foregoing Stipulation.

25
26
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE
STFRESNO, CA 93720-1501

2

STIPULATION REGARDING DEFENDANTS' RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER GRANTING STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

1

2   Dated: April 13, 2006                    McCORMICK, BARSTOW, SHEPPARD
                                               WAYTE & CARRUTH LLP

3

4                                            By:        /s/ Mario L. Beltramo, Jr.
                                                      Mario L. Beltramo, Jr.
5                                                     Daniel L. Wainwright
                                                      Attorneys for Defendant,
6                                              MADERA COMMUNITY HOSPITAL

7   Dated: April 13, 2006                    BINGHAM MCCUTCHEN LLP

8

9                                            By:        /s/ Margaret A. McLetchie
                                                      Margaret A. McLetchie
10                                                    Susan J. Welch
                                                      Attorneys for Plaintiff,
11                                                    KELLI THOMAS

12  Dated: April 13, 2006                    BAKER, MANOCK & JENSEN

13

14                                           By:        /s/ William M. White
                                                      William M. White
15                                                    Sherrie M. Flynn
                                                      Attorneys for Defendant,
16                                             CHARLES UGWU-OJU, M.D.

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE
STFRESNO, CA 93720-1501

3

STIPULATION REGARDING DEFENDANTS' RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER GRANTING STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated: April 13, 2006

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BILL LOCKYER
Attorney General of the State of California
DARRYL L. DOKE
Lead Supervising Deputy Attorney General
THOMAS D. MCCRACKIN
Supervising Deputy Attorney General


By:          /s/ Helene E. Swanson
                Helene E. Swanson
                Deputy Attorney General
                Attorneys for Defendants,
        RODERICK HICKMAN, JEANNE
        WOODFORD; RICHARD RIMMER;
        ROSANNE CAMPBELL; PETER
        SZEKRENYI; DEBORAH JACQUEZ
        (erroneous sued as DEBRA JACQUEZ);
        GWENDOLYN MITCHELL; SAMPATH
        SURYADEVARA, M.D.; SHELLY
        KRUSE, M.D.; ERNEST REEVES, M.D.;
        LORAINE GOODWIN, M.D.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE
STFRESNO, CA 93720-1501

4

STIPULATION REGARDING DEFENDANTS' RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER GRANTING STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER OF THE COURT REGARDING STIPULATION**

Pursuant to the Stipulation and Agreement of plaintiff and defendants, as reflected above, and, for GOOD CAUSE showing and for the sake of JUDICIAL ECONOMY, the Court ORDERS the following:

a.      Defendants shall have through **May 5, 2006** to file/serve an Answer, Motion to Dismiss or otherwise respond to plaintiff's Complaint.

b.      Plaintiffs shall have through **June 2, 2006** to file/serve any Opposition to any Motion attacking the Complaint.

c.      Plaintiff shall be permitted to file one Opposition to all Motions to Dismiss filed by defendants.

d.      Defendants would each have until **June 9, 2006** to file/serve any Reply to plaintiff's Opposition.

e.      The hearing on any Motions would take place on **June 16, 2006** at 10:00 a.m. in before Judge Anthony W. Ishii.

DATED:  4/17/2006

 /s/ Sandra M. Snyder
SANDRA  M. SNYDER
Magistrate Judge of the U. S. District Court

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE
StFRESNO, CA  93720-1501

5

STIPULATION REGARDING DEFENDANTS' RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER GRANTING STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com