IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI THOMAS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RODERICK HICKMAN, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CV F 06-0215 AWI SMS <br><br> ORDER VACATING JUNE 19, 2006 <br> HEARING DATE AND TAKING <br> MOTIONS UNDER SUBMISSION |

    Defendants' motions to dismiss have been set for hearing on June 19, 2006.  The court has reviewed the moving papers, oppositions, and relevant documents and has determined that these motions are suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 19, 2006 is VACATED, and the parties shall not appear at that time.  As of June 19, 2006, the court will take these motions under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   June 14, 2006**                                  **/s/ Anthony W. Ishii**
0m8i78                                                           UNITED STATES DISTRICT JUDGE