1  BINGHAM McCUTCHEN LLP
   COLIN C. WEST (SBN 184095)
2  MARGARET A. MCLETCHIE (SBN 223240)
   RACHEL L. CHANIN (SBN 229253)
3  SUSAN WELCH (SBN 232620)
   DAKOTA S. WHITNEY (SBN 240489)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
6
   Attorneys for Plaintiff
7  Kelli Thomas

8

9

10              **UNITED STATES DISTRICT COURT**

11            **EASTERN DISTRICT OF CALIFORNIA**

12                   **FRESNO DIVISION**

13

14  KELLI THOMAS,                          No. 1:06-CV-00215-AWI-SMS

15            Plaintiff,                   STIPULATION AND
                                           ORDER
16       v.

17  RODERICK HICKMAN, et al.,

18            Defendant.

19

20

21            The parties stipulate to the following briefing schedule:

22            1.     Plaintiff's First Amended Complaint will be filed no later than November 7,

23  2006.

24            2.     Any responses to Plaintiff's First Amended Complaint will be filed no later

25  than November 28, 2006.

26            3.     Plaintiff may file one consolidated opposition to all motions to dismiss the

27  Second Amended Complaint filed by any defendant(s).

28            4.     Plaintiff's opposition to the motions to dismiss will be filed no later than

---

1  December 18, 2006.

2         5.    Defendants' replies to the opposition to the motions to dismiss will be filed

3  no later than January 5, 2007.

4         6.    Defendants' Motions to Dismiss will be heard by Judge Ishii in Courtroom 2

5  on January 16, 2006 or as soon thereafter as is convenient for the court.

6

7  DATED: October 24, 2006           Bingham McCutchen LLP

8

9                         By:  /s/ Margaret A. McLetchie

10                             Margaret A. McLetchie
                         Attorneys for Plaintiff Kelli Thomas

11

12  DATED: October 24, 2006           State of California Department of Justice

13

14                         By:  /s/ Helene Swanson as authorized on 10/23/06

15                          Helene Swanson, Deputy Attorney General
                        Attorneys for Defendants Roderick Hickman;

16                          Frenchie Sellf; Jeanne Woodford; Richard
                        Rimmer; Rosanne Campbell; Peter Szekrenyi;

17                          Debra Jacquez; Gwendolyn Mitchell; Sampath
                        Suryadevara, M.D.; Shelly Kruse, M.D.; Ernest
                        Reeves, M.D.; and Loraine Goodwin, M.D.

18

19  DATED: October 24, 2006           McCormick, Barstow, Sheppard, Wayte & Carruth
                        LLP

20

21                         By:  /s/ Daniel L. Wainwright as authorized on

22                            10/24/06
                         Daniel L. Wainwright

23                          Attorneys for Defendant Madera Community
                          Hospital

24

25  DATED: October 24, 2006            Baker, Manock & Jensen

26

27                       By:  /s/ Sherrie M. Flynn as authorized on 10/23/06
                        Sherrie M. Flynn

28                          Attorneys for Defendant Charles Ugwu-Oju

1          **ORDER**

2

3    IT IS SO ORDERED.

4

5

     **Dated:   October 26, 2006                      /s/ Anthony W. Ishii**

6
     0m8i78                          UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND  ORDER