# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI THOMAS,               ) <br>                 Plaintiff,   ) <br>    v.                    ) <br>                              ) <br> SAMPATH SURYDEVARA, et al., ) <br>                              ) <br>                 Defendants.  ) <br> _____) | CV F 06-0215 AWI SMS <br><br> ORDER VACATING JANUARY 16, 2007 HEARING DATE AND TAKING MOTIONS UNDER SUBMISSION |

     Defendants' motions to dismiss have been set for hearing on January 16, 2007.  The court has reviewed the moving papers, oppositions, replies, and relevant documents and has determined that these motions are suitable for decision without oral argument.  Local Rule 78-230(h).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 16, 2007 is VACATED, and the parties shall not appear at that time.  As of January 16, 2007, the court will take these motions under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **January 9, 2007**               **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE