William M. Woolman
Sherrie M. Flynn          #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendant CHARLES UGWU-OJU, M.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| KELLI THOMAS, | Case No. 1:06-CV-00215-AWI-SMS |
|                Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE DATES AND TAKE THE DEPOSITION OF PLAINTIFF KELLI THOMAS** |
|    v. | |
| SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; ERNEST REEVES, M.D.; LORAINE GOODWIN, M.D.; CHARLES UGWU-OJU, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation, | DATE:          November 30, 2007<br>TIME:          9:30 a.m.<br>COURTROOM:  7<br>JUDGE:       Hon. Sandra M. Snyder |
|                Defendants. | |

Pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rules 6-144 and 83-143, Plaintiff Kelli Thomas, and Defendants Sampath Suryadevara, M.D.; Shelly Kruse, M.D.; Ernest Reeves, M.D.; Loraine Goodwin, M.D.; Charles Ugwu-Oju, M.D. ("Dr. Oju"); and Madera Community Hospital (collectively "Defendants"), **STIPULATE AND AGREE AS FOLLOWS**:

1. On March 23, 2007, the Court entered a Scheduling Conference Order (Document No. 75) setting forth the following deadlines in this matter:

Expert Disclosure Deadline:         2/20/08

Supplemental Expert Disclosure Deadline:   3/20/08

| | |
|---|---|
| Discovery Deadline (non-expert): | 1/18/08 |
| Discovery Deadline (expert): | 5/23/08 |
| Non-Dispositive Motion Filing Deadline: | 5/23/08 |
| Dispositive Motion Filing Deadline: | 6/06/08 |
| Settlement Conference Date: | 6/16/08 |
| Pre-Trial Conference Date: | 7/25/08 |
| Trial Date: | 9/09/08 |

2.      To date, Plaintiff and Defendants have engaged in limited discovery. Plaintiff's counsel has refused to produce Plaintiff for deposition due in part to a number of ongoing discovery disputes which have yet to be resolved by the Court.  (See motions filed as Documents Nos. 56, 80, and 90).

3.      In an effort to resolve these ongoing disputes, Plaintiff and Defendants believe it is desirable to extend the deadlines set forth in the Scheduling Conference Order.

4.      No previous extensions of these deadlines have been sought by Plaintiff or Defendants.

5.      Accordingly, Plaintiff and Defendants, through their respective counsel of record, respectfully request the Court grant an extension to the deadlines in this matter as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | 6/18/08 |
| Supplemental Expert Disclosure Deadline: | 7/18/08 |
| Discovery Deadline (non-expert): | 5/16/08 |
| Discovery Deadline (expert): | 9/19/08 |
| Non-Dispositive Motion Filing Deadline: | 9/19/08 |
| Dispositive Motion Filing Deadline: | 10/6/08 |
| Settlement Conference Date: | 10/20/08, 10:00am, Ctrm. 7/SMS |
| Pre-Trial Conference Date: | 11/21/08, 8:30am, Ctrm. 2/AWI |
| Jury Trial Date (15-25days): | 1/06/09, 9:00am, Ctrm. 2/AWI |

6.      Subject to Court approval, Plaintiff's deposition will take place on Tuesday March 18, 2008, and Dr. Oju will re-notice Ms. Thomas' deposition for that date.

2

1        7.    Subject to Court approval, the hearing on the Motion currently scheduled

2   for November 30, 2007, at 9:30 a.m. will be taken off calendar.

3   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

4   DATED:        November 26, 2007

5                                          BAKER MANOCK & JENSEN, PC

6
                                           By: ___/s/____ Sherrie M. Flynn_____
7                                               William M. White
                                                Sherrie M. Flynn
8                                               Attorneys for Defendant
                                                CHARLES UGWU-OJU, M.D.
9

10  DATED:        November 26, 2007
                                           MCCORMICK, BARSTOW, SHEPPARD, WAYTE
11                                         & CARUTH LLP

12
                                           By: ___/s/____ Daniel L. Wainwright___
13                                              Mario L. Beltramo, Jr.
                                                Daniel L. Wainwright
14                                              Attorney for Defendant MADERA
                                                COMMUNITY HOSPITAL
15
    DATED:        November 26, 2007
16
                                           EDMUND G. BROWN, JR.
17                                         Attorney General of the State of California
                                           THOMAS D. MCCRACKIN
18                                         Supervising Deputy Attorney General

19
                                           By: ___/s/____ Helene E. Swanson_____
20                                              Helene E. Swanson
                                                Attorneys for Defendants
21                                              LORAINE GOODWIN, M.D., SHELLY
                                                KRUSE, M.D., ERNEST REEVES, M.D.,
22                                              AND SAMPATH SURYADEVARA, M.D.

23  DATED:        November 26, 2007

24                                         BINGHAM MCCUTCHEN LLP

25
                                           By: ___/s/____ Colin West_____
26                                              Colin West
                                                Attorney for Plaintiff
27                                              KELLI THOMAS

28  ///

3

1    PURSUANT TO STIPULATION,

2    IT IS SO ORDERED.

3    **Dated:**   **November 29, 2007**           **/s/ Sandra M. Snyder**

                                       UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE DATES
AND TO TAKE THE DEPOSITION OF PLAINTIFF KELLI THOMAS