| | |
|---|---|
| 1 | Mario L. Beltramo, Jr., # 053146-0 |
| | Daniel L. Wainwright, # 193486 |
| 2 | McCormick, Barstow, Sheppard, |
| | Wayte & Carruth LLP |
| 3 | P.O. Box 28912 |
| | 5 River Park Place East |
| 4 | Fresno, CA  93720-1501 |
| | Telephone:   (559) 433-1300 |
| 5 | Facsimile:   (559) 433-2300 |

(SPACE BELOW FOR FILING STAMP ONLY)

6  Attorneys for Defendant
   MADERA COMMUNITY HOSPITAL
7

8               UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT

10

| | |
|---|---|
| KELLI THOMAS, | Case No.  l:06-cv-00215-AWI-SMS |
| Plaintiff, | **ORDER GRANTING DEFENDANT, MADERA COMMUNITY HOSPITAL'S MOTION FOR LEAVE TO DEPOSE PRISONERS** |
| v. | |
| SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; ERNEST REEVES, M.D.; LORAINE GOODWIN, M.D.; CHARLES UGWU-OJU, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation, | **[FED. R. CIV. P. 30(a)(2)].** |
| | **Hearing Date:**   **January 11, 2008** |
| | **Hearing Time:**   **9:30 a.m.** |
| | **Courtroom:**       **7** |
| | **Judge:**           **Hon. Sandra M. Snyder** |
| Defendants. | |

## ORDER OF THE COURT REGARDING INMATE DEPOSITIONS

Pursuant to both the Motion (and supporting documents) filed by Defendant, MADERA COMMUNITY HOSPITAL, and the Stipulation and Agreement of Plaintiff and Defendants, by and through their respective counsel, and, for GOOD CAUSE showing and for the sake of JUDICIAL ECONOMY, the Court ORDERS the following:

   a.   The parties may take the deposition of inmate and witness, Gabriella Solano (W-82038) and Kathy Hill (W-28506), on **January 29, 2008** at the prisoner interview room at Central California Women's Facility, which is located at 23379 Road 22, Chowchilla, California 93610-15081 at 9:00 a.m. and 1:00 p.m., respectively.

   b.   The January 11, 2008 hearing regarding MCH's Motion for Leave of Court for an

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

[PROPOSED] ORDER GRANTING DEFENDANT MADERA COMMUNITY HOSPITAL'S MOTION FOR LEAVE TO DEPOSE PRISONERS [FED. R. CIV. P. 30(A)(2)]

PDF created with pdfFactory trial version www.pdffactory.com

Order permitting the parties to take the depositions of Kathy Hill and Gabriella Solano is hereby taken off calendar.

DATED: January  7 , 2007

                               /s/ Sandra M. Snyder
                               Magistrate Judge of the U. S. District Court

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

2

[PROPOSED] ORDER GRANTING DEFENDANT MADERA COMMUNITY HOSPITAL'S MOTION FOR LEAVE TO DEPOSE PRISONERS [FED. R. CIV. P. 30(A)(2)]

PDF created with pdfFactory trial version www.pdffactory.com