UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI THOMAS, | 1:06-cv-00215-AWI-SMS |
| Plaintiff, | NOTICE OF ERRATUM IN ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW (DOC. 138) |
| v. | |
| RODERICK HICKMAN, et al., | |
| Defendants. | |

    By separate order the Court has ruled on the motion of the counsel for Defendant Loraine Goodwin to withdraw as attorney of record.

    The Court notes that the title of the order contained an erroneous reference to the motion to withdraw as "PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW." The order instead should reflect a reference to "DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW."

IT IS SO ORDERED.

**Dated:   March 17, 2008**          /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE