1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI THOMAS, | ) 1:06-cv-00215-AWI-SMS |
| Plaintiff, | ) ORDER DIRECTING THAT DEFENDANT |
| v. | ) LORAINE GOODWIN'S OPPOSITION TO |
| | ) COUNSEL'S MOTION TO WITHDRAW, AND |
| RODERICK HICKMAN, et al., | ) DEFENDANT GOODWIN'S MOTION TO |
| | ) REQUIRE THE STATE ATTORNEY |
| Defendants. | ) GENERAL OFFICE TO PROVIDE |
| | ) SUBSTITUTION OF COUNSEL, BE |
| | ) STRICKEN FROM THE RECORD (Doc. |
| | ) 140) |

   Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

   After vacating the hearing on the motion, the Court on March 13, 2008, ordered submitted for decision the unopposed motion of the office of the Attorney General of the State of California to withdraw as counsel of record for Defendant Loraine Goodwin. On March 17, 2008, the Court granted the motion. On March 18, 2008, Defendant Loraine Goodwin filed a document styled as a notice of opposition to the motion to withdraw and memorandum of points and authorities.

   A court may strike a document that does not conform to the formal requirements of the pertinent rules of court. Fed. R. Civ.

1

1  P. 12(f); <u>Transamerican Corp. v. National Union Fire Ins. Co. of</u>

2  <u>Pittsburgh, Pa.,</u> 143 F.R.D. 189, 191 (N.D. Ill. 1992).

3       Local Rule 78-230(c) provides for filing opposition not less

4  that fourteen days preceding the hearing date with personal

5  service on the opposing party by that date, or mailed or

6  electronic service not less than seventeen days preceding the

7  hearing date. Local Rule 78-230(c) provides that no party shall

8  be entitled to be heard in opposition to a motion at oral

9  argument if opposition to the motion has not been timely filed.

10      Local Rule 78-230(b) provides that except as otherwise

11 provided in the rules or as ordered or allowed by the Court, all

12 motions shall be noticed on the motion calendar of the assigned

13 Judge or Magistrate Judge, and shall be set for hearing. A motion

14 for which a hearing date has not been set is not pending before

15 the Court.

16      Accordingly, it IS ORDERED that the opposition of Defendant

17 Loraine Goodwin to the motion to withdraw as attorney of record

18 for Defendant Loraine Goodwin SHALL BE STRICKEN from the record

19 as untimely and moot.

20      Further, it IS ORDERED that the motion to require the

21 Attorney General to provide substitute counsel for Defendant

22 Goodwin SHALL BE STRICKEN from the record.

23

24 IT IS SO ORDERED.

25 **Dated:    March 24, 2008**        **/s/ Sandra M. Snyder**

26                      UNITED STATES MAGISTRATE JUDGE

27

28