IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLI THOMAS,**<br>          **Plaintiff**,<br>     v.<br>**RODERICK HICKMAN, et al.,**<br>          **Defendants.** | 1: 06-CV-0215 AWI SMS<br><br>ORDER SETTING BRIEFING SCHEDULE FOR OPPOSITIONS TO DEFENDANT LORAINE GOODWIN'S MOTION TO DISMISS.<br><br>(Doc. #128 |

    Plaintiff Kelli Thomas, an inmate at the Central California Women's Facility ("CCWF"), has filed a civil rights action against prison officials, prison medical staff, a private doctor, and private hospital. Several motions to dismiss have been filed in this action, and the court has already ruled on some motions.

    On January 11, 2008, Defendant Laraine Goodwin ("Defendant Laraine") filed a motion, in pro se, contending that this action must be dismissed as to her. The court originally took no action on Defendant Goodwin's motion because court records revealed that Defendant Goodwin was represented by the California Attorney General. On March 17, 2008, Magistrate Judge Sandra M. Snyder granted Plaintiff's Counsel's motion to withdraw from representing Defendant Goodwin on the one condition that counsel represent Defendant Goodwin's interests at Plaintiff's Deposition. Magistrate Judge Snyder also directed the Clerk of the Court to update the docket to reflect the fact that Defendant Goodwin is now proceeding in pro se.

    In light of the changed circumstances that leave Defendant Goodwin proceeding in pro se, the court finds that it must set up a briefing schedule so that all parties will have an opportunity

to file an opposition or notice of non-opposition before the court rules on Defendant Goodwin's motion.

Accordingly, the court ORDERS that:

1. Defendant Goodwin SHALL serve *all* parties to this case, including Plaintiffs and the other Defendants, a copy of her motion to dismiss by April 21, 2008;
2. Any party may file any opposition or statement of non-opposition to Defendant Goodwin's motion to dismiss by May 7, 2008;
3. Defendant Goodwin may file any reply by May 16, 2008; and
4. The hearing for consideration of Defendant Goodwin's motion is HEREBY set for Tuesday, May 27, 2008, at 1:30 p.m. in Courtroom Two.

IT IS SO ORDERED.

**Dated:   April 15, 2008**          /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE