**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KELLI THOMAS,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**RODERICK HICKMAN, et al.,**<br><br>　　　　　**Defendants.** | CV F 06-0215 AWI SMS<br><br>MEMORANDUM OPINION AND ORDER DENYING AS MOOT DEFENDANT LORAINE GOODWIN'S MOTION TO EXTEND TIME FOR RE-SERVICE.<br><br>(Documents # 147) |

　　　　On January 11, 2008, Defendant Loraine Goodwin filed a motion to dismiss for failure to state a claim upon which relief may be granted and a motion to strike.  This Court issued an order on April 15, 2008 setting the briefing schedule for oppositions to the motions.  According to that order, Defendant Goodwin was ordered to serve all parties to this case a copy of her motions by April 21, 2008; any opposition or statements of non-opposition to the motions were to be filed by May 7, 2008; Defendant Goodwin was ordered to file any reply by May 16, 2008; and a hearing for consideration of the motions was set for May 27, 2008.

　　　　Defendant Goodwin now brings a motion to extend the time by which she was ordered to serve all parties and to reset the above dates accordingly.  Defendant Goodwin claims that she was out of town when the briefing schedule was issued and therefore needs additional time "to re-serve the Motion to Dismiss to all parties."

In this case, however, Plaintiff has already filed a timely opposition to Defendant Goodwin's motions and the remaining "CDC Defendants," defendants Sampath Suryadevara, Shelly Kruse and Ernest Reeves, have already jointly-filed a timely statement of non-opposition to the motions. The actions of Plaintiff and the CDC Defendants, filing an opposition and non-opposition to the motions without raising any defense with regard to insufficiency of service, waived any further service requirement on Defendant Goodwin. See Fed. R. Civ. P. 12(h)(1) ("A defense of . . . insufficiency of service of process is waived . . . if it is neither made by motion under this rule nor included in a responsive pleading . . . ."). Therefore, Defendant Goodwin does not need to "re-serve" the motions to all parties and thus the present motion is moot.

Accordingly, IT IS HEREBY ORDERED that Defendant Goodwin's motion to extend time for re-service of her motion to dismiss and motion to strike is DENIED as moot.

IT IS SO ORDERED.

**Dated:   May 14, 2008**                              /s/ Anthony W. Ishii
                                                   UNITED STATES DISTRICT JUDGE