IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RODERICK HICKMAN, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CV F 06-0215 AWI SMS <br><br> ORDER TAKING MATTER UNDER SUBMISSION. <br><br> (Document # 128) |

    A motion to dismiss and motion to strike were filed by Defendant Loraine Goodwin on January 11, 2008 and are set for hearing on Tuesday, May 27, 2008.  The Court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument pursuant to Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 27, 2008, is VACATED, and the parties shall not appear at that time.  As of May 27, 2008, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **May 20, 2008**               /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE