IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI THOMAS, | 1:06-CV-0215 AWI SMS |
| Plaintiff, | ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT AS MOOT |
| v. | |
| SAMPATH SURYDEVARA, et al., | ORDER VACATING AUGUST 4, 2008 HEARING DATE |
| Defendants. | (Documents #164 and #174) |

On June 20, 2008, Defendants Sampath Suryadevara, M.D., Ernest Reeves, M.D. and Shelly Kruse, M.D., filed a motion for summary judgment.   On July 17, 2008, Defendant Loraine Goodwin, M.D., filed a motion for summary judgment.   Both motions where set for hearing on August 4, 2008.

On July 18, 2008, the parties stipulated that Defendants Sampath Suryadevara, M.D., Ernest Reeves, M.D. Shelly Kruse, M.D., and Defendant Loraine Goodwin, M.D., along with other Defendants, would be dismissed from this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

//

//

Accordingly, the court ORDERS that:

1. Defendants Sampath Suryadevara, M.D., Ernest Reeves, M.D. and Shelly Kruse, M.D.,'s motion for summary judgment is DENIED as moot;
2. Defendant Loraine Goodwin, M.D.'s motion for summary judgment is DENIED as moot; and
3. The August 4, 2008 hearing is VACATED, and the parties shall not appear at that time.

IT IS SO ORDERED.

**Dated:    July 18, 2008**              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE

2