Bingham McCutchen LLP
COLIN C. WEST (SBN 184095)
SUSAN J. WELCH (SBN 232620)
ERICA BRAND PORTNOY (SBN 244923)
JOY SHERROD (SBN 249945)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
email:  colin.west@bingham.com
email:  susan.welch@bingham.com
email:  erica.brand@bingham.com
email:  joy.sherrod@bingham.com

Attorneys for Plaintiff
KELLI THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KELLI THOMAS,<br><br>            Plaintiff,<br><br>       v.<br><br>SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; ERNEST REEVES, M.D.; LORAINE GOODWIN, M.D.; CHARLES UGWU-OJU, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>            Defendants. | No. 1:06-CV-00215-AWI-SMS<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF DRS. REEVES, SURYADEVARA, KRUSE, GOODWIN, AND MADERA COMMUNITY HOSPITAL** |

1    IT IS HEREBY STIPULATED by and between the parties to this action through
2 their designated counsel that the above-captioned action against Defendants Sampath
3 Suryadevara, M.D.; Shelly Kruse, M.D.; Ernest Reeves, M.D.; Loraine Goodwin, M.D.; and
4 Madera Community Hospital (collectively "Defendants") be and hereby is dismissed, with
5 prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  Plaintiff's claims against
6 Defendant Dr. Charles Ugwu-Oju remain active;
7    IT IS FURTHER STIPULATED that the parties subject to dismissal waive any
8 and all current or future claims for costs and/or fees associated with the above-captioned action.
9    In light of the above stipulation, the parties request that the Court vacate the
10 August 4, 2008 summary judgment hearing.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**IT IS SO STIPULATED:**

DATED: July 18, 2008                       BINGHAM McCUTCHEN LLP


                                           By:      /s/ Colin C. West
                                                     Colin C. West
                                                 Attorneys for Plaintiff


DATED: July 18, 2008                       EDMUND G. BROWN, JR.
                                           Attorney General of the State of California
                                           STEVEN M. GEVERCER
                                           Supervising Deputy Attorney General


                                           By: /s/ Helene E. Swanson (as authorized 7/15/08)
                                                     Helene E. Swanson
                                                 Attorneys for Defendants
                                           Sampath Suryadevara, Shelly Kruse, Ernest Reeves


DATED: July 18, 2008                       MCCORMICK, BARSTOW, SHEPPARD, WAYTE
                                           & CARRUTH, LLP


                                           By:/s/ Daniel L. Wainwright (as authorized 7/15/08)
                                                     Daniel L. Wainwright
                                                 Attorneys for Defendant
                                                 Madera Community Hospital


DATED: July 18, 2008                       BAKER MANOCK & JENSEN, PC


                                           By: /s/ Sherrie M. Flynn (as authorized 7/17/08)
                                                     Sherrie M. Flynn
                                                 Attorneys for Defendant
                                                 Charles Ugwu-Oju


DATED: July 18, 2008

                                           By: /s/ Loraine Goodwin (as authorized 7/08/08)
                                                     Loraine Goodwin, M.D.
                                                 Attorneys in Pro Per

**ORDER**

Pursuant to the parties' stipulation, Defendants Sampath Suryadevara, M.D.; Shelly Kruse, M.D.; Ernest Reeves, M.D.; Loraine Goodwin, M.D.; and Madera Community Hospital are DISMISSED, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

**Dated:   July 18, 2008**             /s/ **Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE