Bingham McCutchen LLP
COLIN C. WEST (SBN 184095)
SUSAN J. WELCH (SBN 232620)
ERICA BRAND PORTNOY (SBN 244923)
JOY SHERROD (SBN 249945)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
email:  colin.west@bingham.com
email:  susan.welch@bingham.com
email:  erica.brand@bingham.com
email:  joy.sherrod@bingham.com

Bingham McCutchen LLP
KRISTEN M. GRACE (SBN 245670)
1620 26th Street, North Tower, 4th Fl.
Los Angeles, CA  90404-4060
Telephone:  (310) 907-1000
Facsimile:  (310) 907-2000
email:  kristen.grace@bingham.com

Attorneys for Plaintiff
KELLI THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KELLI THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; ERNEST REEVES, M.D.; LORAINE GOODWIN, M.D.; CHARLES UGWU-OJU, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>　　　　Defendants. | No. 1:06-CV-00215-AWI-SMS<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINE** |

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to the Local Rules of the United States District Court for the Eastern
2  District of California, Rules 6-144 and 83-143, Plaintiff Kelli Thomas ("Plaintiff"), and
3  Defendant Charles Ugwu-Oju, M.D. ("Dr. Oju"),

4  STIPULATE AND AGREE AS FOLLOWS:

5  This Court's November 29, 2007 Joint Stipulation and Order to Continue
6  Scheduling Conference Dates established the current expert discovery deadline as
7  September 19, 2008. In order to complete the necessary expert discovery in this matter, the
8  parties believe it is desirable to add an additional 7 days of time to complete necessary discovery.

9  Accordingly, Plaintiff and Dr. Oju, through their respective counsel of record,
10  respectfully request the Court grant an extension to the expert discovery deadline to
11  September 26, 2008.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: September 10, 2008

BINGHAM MCCUTCHEN LLP

By:  /s/ Kristen M. Grace
Kristen M. Grace
Attorneys for Plaintiff
Kelli Thomas

DATED: September 9, 2008          BAKER MANOCK & JENSEN, PC

By:  /s/ William M. White
William S. White
Attorneys for Defendant
Charles Ugwu-Oju

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: 9/12/2008          /s/ SANDRA M. SNYDER
The Honorable Sandra M. Snyder
United States District Court
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com