**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLI THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>SAMPATH SURYADEVARA, M.D.;<br>SHELLY KRUSE, M.D.; ERNEST<br>REEVES, M.D.; LORAINE GOODWIN,<br>M.D.; CHARLES UGWU-OJU, M.D.;<br>MADERA COMMUNITY HOSPITAL,<br>a California corporation,<br><br>    Defendants. | NO. 1:06-CV-00215-AWI-SMS<br><br>ORDER VACATING<br>OCTOBER 27, 2008, HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

Defendants' motion for summary judgment or, alternatively, summary adjudication has been set for hearing in this case on October 27, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 27, 2008, is VACATED, and the parties shall not appear at that time. As of October 27, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 21, 2008              /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE