Bingham McCutchen LLP
COLIN C. WEST (SBN 184095)
SUSAN J. WELCH (SBN 232620)
ERICA BRAND PORTNOY (SBN 244923)
JOY SHERROD (SBN 249945)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
email:  colin.west@bingham.com
email:  susan.welch@bingham.com
email:  erica.brand@bingham.com
email:  joy.sherrod@bingham.com

Bingham McCutchen LLP
KRISTEN M. GRACE (SBN 245670)
1620 26th Street, North Tower, 4th Fl.
Los Angeles, CA  90404-4060
Telephone:  (310) 907-1000
Facsimile:  (310) 907-2000
email:  kristen.grace@bingham.com

Attorneys for Plaintiff
KELLI THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KELLI THOMAS,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; ERNEST REEVES, M.D.; LORAINE GOODWIN, M.D.; CHARLES UGWU-OJU, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>          Defendants. | No. 1:06-CV-00215-AWI-SMS<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE DATES** |

PDF created with pdfFactory trial version www.pdffactory.com

1    Pursuant to the Local Rules of the United States District Court for the Eastern
2 District of California, Rules 6-144 and 83-143, Plaintiff Kelli Thomas ("Plaintiff"), and
3 Defendant Charles Ugwu-Oju, M.D. ("Defendant"),
4    STIPULATE AND AGREE AS FOLLOWS:
5    1.    On November 29, 2007, the Court signed the Joint Stipulation and Order
6 to Continue Scheduling Conference Dates and Take the Deposition of Plaintiff Kelli Thomas
7 (Document No. 112) setting forth the following relevant deadlines in this matter:
8    Pre-Trial Conference Date:        11/21/08, 8:30 a.m.  Ctrm. 2/AWI
9    Jury Trial Date (15-25 days):       1/06/09, 9:00 a.m.  Ctrm. 2/AWI
10   2.    On August 11, 2008, during a telephonic status conference with the Court,
11 the parties amended their trial estimates from 15-25 days to 7-10 days.  (Docket No. 179)
12   3.    On September 26, 2008, Defendant filed a Motion for Summary Judgment
13 or, Alternatively, Summary Adjudication ("Motion") (Docket No. 183), originally scheduled to
14 be heard by the Honorable Judge Anthony W. Ishii on October 27, 2008.
15   4.    On October 6, 2008, the Court continued the Settlement Conference from
16 October 15, 2008 to December 4, 2008.  (Docket No. 201)
17   5.    On October 22, 2008, Judge Ishii issued a minute order vacating the
18 October 27 hearing date for the Motion and informing the parties that the matter would be taken
19 under submission, and a decision issued thereafter.  (Docket No. 224)  The parties do not know
20 when a ruling on the Motion will made.  Any issues disposed of on summary judgment would
21 have a significant impact on the parties' pre-trial statements, Rule 26 disclosures and trial
22 preparation.
23   6.    Under the current deadlines in this case, Rule 26 disclosures must be
24 exchanged by the parties by November 11, 2008 (Docket No. 75) and the Joint Pre-Trial
25 Conference Statement is due on November 14, 2008 (L.R. 16-281).
26   7.    In light of the pending Motion, the upcoming Settlement Conference, and
27 counsel's trial schedule for January through May, Plaintiff and Defendant believe it is desirable
28 to extend the deadlines for the Pre-Trial Conference and related filings, and jury trial.  Good

PDF created with pdfFactory trial version www.pdffactory.com

cause exists for such an extension in order to avoid the potential waste of party and judicial resources on claims that may be disposed of by Judge Ishii or settled by the parties.

8. Accordingly, Plaintiff and Defendant, through their respective counsel of record or on their own accord, respectfully request the Court grant an extension to the relevant deadlines in this matter as follows:

| | |
|---|---|
| Settlement Conference Date: | 4/6/09, 10:00 a.m.  Ctrm. 7/SMS |
| Pre-Trial Conference Date: | 5/4/09, 8:30 a.m.  Ctrm. 2/AWI |
| Jury Trial Date (7-10 days): | 6/15/09,  **8:30 a.m.** (not 9:00 a.m.) Ctrm. 2/AWI |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED:  October 24, 2008

BINGHAM MCCUTCHEN LLP

By:   /s/ Susan J. Welch
Susan J. Welch
Attorneys for Plaintiff
Kelli Thomas

DATED:  October 24, 2008          BAKER MANOCK & JENSEN, PC

By: /s/ William M. White (as authorized on 10/24/08)
William M. White
Attorneys for Defendant
Charles Ugwu-Oju

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED:  10/29/2008                 /s/ Sandra M. Snyder
The Honorable Sandra M. Snyder
United States District Court
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com