UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KELLI THOMAS,<br><br>　　　　Plaintiff,<br>　v.<br><br>SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; ERNEST REEVES, M.D.; LORAINE GOODWIN, M.D.; CHARLES UGWU-OJU, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>　　　　Defendants. | No. 1:06-CV-00215-AWI-SMS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR A WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*<br><br>Date:　　　July 17, 2009<br>Time:　　　8:30 am<br>Place:　　　Courtroom Two<br>Judge:　　　Anthony W. Ishii<br>Trial Date:　September 1, 2009 |

　　　　The Court having considered the papers filed by Plaintiff Kelli Thomas and arguments presented in connection with the aforementioned application finds as follows:

　　　　Good cause appearing, IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff's Application for a Writ of Habeas Corpus *Ad Testificandum* is GRANTED.  This Court will issue a Writ of Habeas Corpus *Ad Testificandum* commanding the Warden of Central California Women's Facility to produce Kathy Hill on the dates of trial in this matter.

IT IS SO ORDERED.

**Dated:   July 17, 2009**　　　　　　　　　　／s／ **Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE