1
2
3
4
5
6
7
8
9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                              FRESNO DIVISION

13

| 14 | KELLI THOMAS, | No. 1:06-CV-00215-OWW-SMS |
|---|---|---|
| 15 | Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFF'S REPLIES IN SUPPORT OF <u>MOTIONS IN LIMINE NOS. 2 AND 5</u>** |
| 16 | v. | |
| 17 | SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; ERNEST REEVES, M.D.; LORAINE GOODWIN, M.D.; CHARLES UGWU-OJU, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation, | |
| 18 | | |
| 19 | | Place:     Courtroom Three |
| 20 | Defendants. | Judge:     Oliver W. Wanger<br>Trial:      September 1, 2009<br>Time:     8:30 A.M. |
| 21 | | |

22
23
24
25
262
728

A/73118196.1                                              No. 1:06-CV-00215-OWW-SMS

ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

This matter having come before the Court upon the motion of Plaintiff KELLI THOMAS, and good cause appearing for filing under seal the documents filed herewith,

**IT IS HEREBY ORDERED** that the following documents are to be filed under seal:

1. Plaintiff's Reply in Support of Motion in Limine No. 5.

2. Plaintiff's Reply in Support of Motion in Limine No. 2.

3. Declaration of Kristen Grace Hilton and Exhibits 1 and 2 submitted in connection with Plaintiff's Reply in Support of Motion in Limine No. 2

IT IS SO ORDERED.

**Dated:   August 13, 2009**               **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE