UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KELLI THOMAS,<br><br>        Plaintiff,<br>  v.<br><br>SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; ERNEST REEVES, M.D.; LORAINE GOODWIN, M.D.; CHARLES UGWU-OJU, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>        Defendants. | No. 1:06-CV-00215-OWW-SMS<br><br>**ORDER REGARDING PLAINTIFF'S MOTIONS IN LIMINE NOS. 1, 3, 4, 5 AND DEFENDANT'S MOTION TO BIFURCATE TRIAL**<br><br>Place:      Courtroom Three<br>Judge:     Hon. Oliver W. Wanger<br>Trial Date:  September 1, 2009<br>Trial Time:  8:30 A.M. |

PDF created with pdfFactory trial version www.pdffactory.com

On August 17, 2009, the matter of Plaintiff Kelli Thomas' ("Plaintiff") Motions in Limine Nos. 1, 3, 4 and 5 and Defendant's Motion to Bifurcate Trial came on for hearing in Department Three of the aforementioned court.

The Court having considered the papers filed by Plaintiff and Defendant Charles Ugwu-Oju, M.D. ("Defendant") and arguments presented in connection with Plaintiff's Motions in Limine No. 1, 3, 4, and 5 and Defendant's Motion to Bifurcate Trial finds as follows:

IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff's Motion in Limine No. 1 to Exclude Certain References to Pathology Slides is **DENIED**, without prejudice, unless and until such time that Plaintiff provides the Court with a sufficiently authoritative treatise or opinion indicating that the Pathology Slides are not evidence that an expert can reasonably rely on to determine fertility.

IT IS FURTHER ORDERED THAT Defendant is precluded from presenting significantly enlarged blowups of the Pathology Slides. Any enlargement of the Pathology Slides is confined to the size of the courtroom screen.

IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff's Motion in Limine No. 3 To Exclude Reference To Voluntarily Dismissed Defendants is **GRANTED**. Defendant is prohibited from making reference to or asking questions about dismissed defendants in terms of their status as dismissed defendants.

IT IS FURTHER ORDERED THAT deposition testimony of dismissed defendants may be used only for impeachment purposes or if the dismissed defendant can be shown to be unavailable.

IT IS FURTHER ORDERED THAT in recognition of this Order, the names of former parties to this case will be eliminated from the case title so that this action is now entitled "*Kelli Thomas v. Charles Ugwu-Oju, M.D.*"

IT IS FURTHER ORDERED THAT Defendant is instructed to inform any witnesses he may call of this Order and to direct them not to make any such reference.

ORDER REGARDING PLAINTIFF'S MOTIONS IN LIMINES NOS. 1, 3, 4, 5 AND DEFENDANT'S MOTION TO BIFURCATE TRIAL

PDF created with pdfFactory trial version www.pdffactory.com

1
2       IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff's Motion in
3  Limine No. 4 To Exclude Evidence And Argument Regarding Dr. Anne Foster-Rosales'
4  Employer And Her Performance of Certain Medical Procedures is **GRANTED**.  Defendant is
5  prohibited from making reference to or asking questions regarding Dr. Foster-Rosales' current
6  employer, Planned Parenthood Golden Gate, and the fact that she has involvement with and/or
7  performed abortions.
8       IT IS FURTHER ORDERED THAT Defendant is instructed to inform any
9  witnesses he may call of this Order and to direct them not to make any such reference.
10
11      IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff's Motion in
12 Limine No. 5 To Exclude Reference To Certain Medical Documents as described in Motion in
13 Limine No. 5  is **DENIED**, without prejudice.
14
15      IT IS HEREBY ORDERED AND ADJUDGED THAT Defendant's Motion To
16 Bifurcate Trial is **DENIED**.  There will be no bifurcation of the issue of statute of limitations
17 into a separate trial to be heard before a trial on the merits.  The parties are instead ordered to
18 submit special verdict forms whereby the jury will decide the case in three consecutive stages:
19 (1) statute of limitations, (2) liability, damages and causation.
20
21
22 DATED:  _August 25, 2009
23
24
25                                          /s/ OLIVER W WANGER
                                            Hon. Oliver W. Wanger
                                            United States District Court Judge
26                                          Eastern District of California
27
28

3

ORDER REGARDING PLAINTIFF'S MOTIONS IN LIMINES NOS. 1, 3, 4, 5 AND DEFENDANT'S
MOTION TO BIFURCATE TRIAL

PDF created with pdfFactory trial version www.pdffactory.com