1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| KELLI THOMAS, | No. 1:06-CV-00215-OWW-SMS |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION IN LIMINE NO. 9** |
| v. | |
| SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; ERNEST REEVES, M.D.; LORAINE GOODWIN, M.D.; CHARLES UGWU-OJU, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation, | Place:        Courtroom Three<br>Judge:        Hon. Oliver W. Wanger<br>Trial Date:   September 1, 2009<br>Trial Time:   8:30 A.M. |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  On August 17, 2009, the matter of Defendant Charles Ugwu Oju, M.D.'s ("Defendant") Motion in Limine No. 9 came on for hearing in Department Three of the aforementioned court.

The Court having considered the papers filed by Plaintiff Kelli Thomas ("Plaintiff") and Defendant and arguments presented in connection with Defendant's Motions in Limine No. 9 finds as follows:

IT IS HEREBY ORDERED AND ADJUDGED THAT Defendant's Motion in Limine No. 9 is **GRANTED**.  Plaintiff and Defendant shall both be precluded from relying on witnesses who were not disclosed during pre-trial discovery and any documents or hearsay opinions provided by such witnesses.

DATED:  _8/25/2009

/s/ OLIVER W WANGER
Hon. Oliver W. Wanger
United States District Court Judge
Eastern District of California

ORDER GRANTING DEFENDANT'S MOTION IN LIMINE NO. 9

PDF created with pdfFactory trial version www.pdffactory.com