# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES UGWU-OJU, M.D.,<br><br>　　　　Defendant. | No. 1:06-CV-00215-OWW-SMS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL TRANSCRIPTS OF HEARINGS REGARDING THE PARTIES' MOTIONS IN LIMINE**<br><br>Judge:　Oliver W. Wanger<br>Place:　Courtroom Three<br>Date:　September 1, 2009<br>Time:　8:30 A.M. |

1  This matter having come before the Court upon the motion of Plaintiff
2  KELLI THOMAS, and good cause appearing for filing under seal the August 17,
3  2009 hearing transcripts,
4  IT IS HEREBY ORDERED that the following documents are to be kept
5  under seal:
6  1.  Docket Entry No. 388:  Transcript of Proceedings held on
7  8/17/2009, before Judge Oliver W. Wanger.
8  2.  Docket Entry No. 393:  Transcript of Proceedings held on
9  8/17/2009, before Judge Oliver W. Wanger.

DATED:  August 31, 2009        __/s/OLIVER W WANGER_____
                               Hon. Oliver W. Wanger
                               United States District Court Judge
                               Eastern District of California