**FILED**

SEP 0 3 2009


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI THOMAS, | CASE NO. 1:06-cv-00215-OWW- |
| Plaintiff, | NOTICE AND ORDER THAT KATHY HILL, #W-28506, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| CHARLES UGWU-OJU, MD, | |
| Defendants. | |

Jury trial in this matter commenced on September 3, 2009. Inmate witness **Kathy Hill CDCR #W-28506**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 9-3-09

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1